We've Reached a Verdict

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 29 2015 ★
BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X      13-CV-4313
MAURICE LUFTIG,

                Plaintiff,

   - against -

RICHARD SOKOLOFF, ESQ.,

                Defendant.
----------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 29 2015 ★
BROOKLYN OFFICE

## JURY VERDICT

1. Did the defendant, Richard Sokoloff, Esq., form a professional opinion regarding the debt of plaintiff, Maurice Luftig, before sending the debt-collection letter?

    Yes ✓    No ___

**If you answered "Yes" to Question 1, proceed no further and have the foreperson sign the verdict form.**

**If you answered "No" to Question 1, then you may award statutory damages in an amount not to exceed one thousand dollars:**

$ _____

Dated:    September 29, 2015
               Brooklyn, New York

_____
FOREPERSON