**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 3 0 2015 ★

BROOKLYN OFFICE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

Maurice Luftig,
     Plaintiff,

   VS                         CV-13-4313(FB)(VVP)

Richard Sokoloff, Esq.,

       Defendants.

              Jury verdict. This action came before the Court for a trial by jury.
The issues have been tried and the jury has rendered its verdict.

        IT IS ORDERED AND ADJUDGED THAT PLAINTIFF RECOVERS NOTHING
FROM THE DEFENDANTS AND THE COMPLAINT IS DISMISSED IN IT'S ENTIRETY.

9/29/15
DATE

                            DOUGLAS C. PALMER
                            CLERK OF THE COURT

                            (By) DEPUTY CLERK